IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRITTANEY HANTON                  :         CIVIL ACTION

        vs.                       :

ARIA HEALTH                       :         NO. 13-3346

O R D E R

**AND NOW, TO WIT:** This 27th day of November, 2013 it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ,** Clerk of Court

/s/ Kristin Makely

**BY:**_____
    Kristin Makely
    Courtroom Deputy to Judge Bartle